# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 21-30473

---

**Phillip James, Jr. and Suzette B. James**
**Plaintiffs**

Versus

**Liberty Mutual Fire Insurance Company**
**Defendant - Appellant**

---

**On appeal from**
**The United States District Court**
**for the Middle District of Louisiana**
**District Court No. 3:17-CV-01265-BAJ-EWD**

---

**APPELLANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY'S, MOTION TO SUSPEND BRIEFING SCHEDULE**

---

**Kim Tran Britt, LSBA No. 24896**
**3838 N. Causeway Boulevard, Suite 2850**
**Metairie, Louisiana 70002**
**Telephone: (504) 837-2500**
**Facsimile: (504) 603-0730**
**Email: kbritt@nt-lawfirm.com**

**Counsel for Appellant, Liberty Mutual Fire Insurance Company**

NOW INTO COURT, through undersigned counsel, comes Appellant, Liberty Mutual Fire Insurance Company ("Liberty Mutual" or "Appellant"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended[1] ("NFIA"), appearing herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] and at the expense of the United States Treasury,[4] and, for good cause shown to wit, respectfully files this Motion to Suspend Briefing Schedule.

On August 13, 2021, this Court issued a Briefing Notice setting the deadline of September 22, 2021 to file its brief. On September 20, 2021, Appellant filed an Opposed Motion to Dismiss Appeal. In the interest of judicial economy and to avoid unnecessary costs of preparing the appellate brief while the Opposed Motion to Dismiss Appeal is pending, Appellant respectfully requests a suspension of the September 22, 2021 briefing deadline.

Appellant's counsel has attempted to contact Appellees' counsel via telephone and electronic mail regarding any opposition to the Motion but did not receive a response.

---

[1] *See* 42 U.S.C. § 4001, *et seq*.
[2] 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *see also*, *Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 953 (5th Cir. 1998).
[4] *Grissom v. Liberty Mut. Fire Ins. Co.*, 678 F.3d. 397, 399-400, 402 (5th Cir. 2012).

WHEREFORE, Appellant, Liberty Mutual Fire Insurance Company, respectfully prays that this Court grants its Motion to Suspend Briefing Schedule.

Dated: September 20, 2021

> Respectfully, submitted:
> **NIELSEN & TREAS, LLC**
>
> */s/ Kim Tran Britt*
> Kim Tran Britt, LSBA No. 24896
> 3838 N. Causeway Boulevard, Suite 2850
> Metairie, Louisiana 70002
> Telephone: (504) 837-2500
> Facsimile: (504) 603-0730
> Email: kbritt@nt-lawfirm.com
> *Counsel for Defendant, Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I hereby further certify that I have forwarded a copy of the foregoing via U.S. Mail and/or electronic mail to:

Rajan Pandit
Pandit Law Firm, LLC
701 Poydras Street, Suite 3950
New Orleans, Louisiana 70139
Email: flood@panditlaw.com

> */s/ Kim Tran Britt*
> Kim Tran Britt

# **CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

    1.    This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

    - this Motion contains 221 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

    2.    This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    - this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.


*/s/ Kim Tran Britt*
Kim Tran Britt
Attorney for Defendant-Appellant,
Liberty Mutual Fire Insurance Company

Dated: September 20, 2021